JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHER RICHARD COHEN, an individual, | **Case No. 2:20-cv-00190-APG-JDA** |
| Plaintiff, | |
| vs. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| BAYVIEW LOAN SERVICING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and TRANS UNION LLC, a Foreign Limited-Liability Company, | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 30, 2019 through and including **April 29, 2020**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 27th day of March, 2020.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 30, 2020

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of March, 2020, via the Court's CM/ECF system which will send notification to all counsel of record.

    Jamie S. Cogburn, Esq.
    Erik W. Fox, Esq.
    COGBURN LAW OFFICES
    2508 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    Email: jsc@cogburnlaw.com
    Email: efox@cogburnlaw.com

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*