1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHER RICHARD COHEN, an individual, | Case No. 2:20-cv-00190-APG-DJA |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| BAYVIEW LOAN SERVICING, LLC, a Foreign Limited-Liability Company; EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company; TRANS UNION, LLC, a Foreign Limited-Liability Company | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Fed. R. Civ. Pro. 6(b)(1)(A) and LR IA 6-1, Defendant Bayview Loan Servicing, LLC requests an additional fourteen (14) days, up to and including **April 10, 2020**, to file its response to the plaintiff's complaint, which is currently due on March 28, 2020. The complaint was filed on January 28, 2020.

Under Fed. R. Civ. Pro. 6(b)(1)(A), the court may extend the time in which to respond to a pleading if the request is made before the original time expires for good cause shown. Bayview requests the additional time to continue investigating the allegations in the complaint. Undersigned counsel conferred with counsel for Plaintiff regarding the extension, and counsel for Plaintiff consents to an extension of the deadline.

{38711120;1}

This is Bayview's first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this _27th_ day of March, 2020.

**AKERMAN LLP**

_/s/ Jamie K. Combs_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bayview Loan Servicing, LLC*

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: March 30, 2020