# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHER RICHARD COHEN,<br><br>    Plaintiff<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00190-APG-DJA<br><br>**Order** |

On February 4, 2021, plaintiff Asher Richard Cohen advised the court that he had reached a settlement with the last remaining defendant, Bayview Loan Servicing, LLC. ECF No. 42. The parties requested 60 days to file a stipulation of dismissal. *Id.* More than 60 days have passed and nothing has been filed.

I THEREFORE ORDER that by May 7, 2021, the plaintiff and defendant Bayview Loan Servicing, LLC shall file either a stipulation of dismissal or a status report. Failure to comply with this order will result in dismissal of this case without further notice.

DATED this 27th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE